```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/16/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

LESHAWN YOUNG,

                              Plaintiff,                              **25-CV-10103 (JLR) (KHP)**

        -against-                                               <u>**ORDER ADJOURNING INITIAL**</u>
                                                                     <u>**CASE MANAGEMENT**</u>
KAHNALYTICS, INC.,                                           <u>**CONFERENCE**</u>

                              Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of the Notice of Settlement filed on April 15, 2026 (doc. no 19) the Initial Case

Management Conference currently scheduled for **<u>April 22, 2026,</u>** is hereby adjourned *sine die*.

                **SO ORDERED.**

DATED:        New York, New York
              April 16, 2026

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge