UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, on behalf of herself and
all other persons similarly situated,

                          Plaintiff,

              -against-

KAHNALYTICS, INC.,

                          Defendant.

Case No. 1:25-cv-10103 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

        The Court having been advised at Dkt. 19 that all claims asserted herein have been settled
in principle, ORDERS that the above-entitled action be DISMISSED and discontinued without
costs, and without prejudice to the right to reopen the action **within forty-five (45) days** of the
date of this Order if the settlement is not consummated.

        To be clear, any application to reopen **must** be filed **by June 1, 2026**; any application to
reopen filed thereafter may be denied solely on that basis.

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to
reopen to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and
Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction
to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is
directed to CLOSE the case.

Dated: April 16, 2026
        New York, New York

                                                SO ORDERED.

                                                _Jennifer Rochon_
                                                JENNIFER L. ROCHON
                                                United States District Judge